**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARCITA BOBO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM C. SMITH & CO., INC. d/b/a WC SMITH,<br><br>Defendant. | Case No. 1:26-cv-00201<br><br>**NOTICE OF ERRATA REGARDING COMPLIANCE WITH LCvR 5.1(c)** |

**PLEASE TAKE NOTICE** that Plaintiff files this Notice of Errata in response to the Court's Notice of New Case Error concerning ECF No. 1 (Complaint).

The Complaint is corrected to address noncompliance with Local Civil Rule 5.1(c) by including the name and full residence address of each party, as required for an initiating pleading in this District. No substantive changes have been made to the allegations or claims asserted in the Complaint.

A corrected Complaint is attached hereto and filed contemporaneously with this Notice of Errata pursuant to the Clerk's instructions.

Dated: January 23, 2026

Respectfully submitted,

By: */s/ Andrew W. Ferich*

Andrew W. Ferich (DC Bar 1015061)
Brian J. Devall (*pro hac vice* forthcoming)
*Admitted to Practice in Illinois*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

bdevall@ahdootwolfson.com

*Counsel for Plaintiff and the Putative Class*